**Bronson & Associates**
Attorneys At Law
**Martha Bronson, Esq. #133396**
15 West 8th Street, Suite A
Tracy, CA 95376
209-830-0400 Fax: 209-832-5000
*Dedicated Website:* www.thelaw.bz  E-Mail: mslaw@thelaw.bz

Attorneys for Plaintiffs and Putative Class Members

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KELLY BARKER, KATHY KENOLE, individually and on behalf of the public, <br><br> Plaintiffs, <br><br> vs. <br><br> GONE, INC., CHERYL C. KOFF; CHRISTIAN HURST; <br><br> Defendants. | CASE NO.:   09-0001 GEB-JFM <br><br> STIPULATED ORDER CONTINUING DEFENDANTS' MOTION TO AMEND ANSWER TO AUGUST 3, 2009 |

ORDER

Defendants' Motion to Amend Answer is continued from July 20, 2009 to August 3, 2009 9:00 a.m. in Courtroom 10 located at 500 I Street, Sacramento, California.

Dated: 7/7/09

_____
GARLAND E. BURRELL, JR.
United States District Judge