IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
KELLY BARKER and KATHY KENOLE,    )
                                  )
            Plaintiffs,           )   2:09-cv-00001-GEB-JFM
                                  )
       v.                         )   ORDER GRANTING PLAINTIFFS
                                  )   TWO ADDITIONAL DAYS TO FILE
PHILIP B. AVILA; CHERYL B. KOFF;  )   THEIR AMENDED COMPLAINT
BORTON & PETRINI, LLP; CHRISTIAN  )
P. HURST; CHELSEA VANPETTEN; DAWN )
HARLEMAN; SHLLY PREHM; G.O.N.E.,  )
a sole proprietorship, and        )
G.O.N.E., INC.,                   )
                                  )
            Defendants.           )
                                  )
```

On November 24, 2009, Plaintiffs filed an Application requesting an extension of time "to file an amended complaint amending the dismissed state law claims" against Defendants' Philip B. Avila and Borton Petrini, LLP (collectively, "Attorney Defendants"), which were dismissed when the Attorney Defendants' motion to strike was granted under the California Anti-Strategic Lawsuit Against Public Participation ("Anti-SLAPP") statute, Cal. Code Civ. P. § 425.16. On November 19, 2009, the Court granted Plaintiffs five (5) days leave within which to file the amendment. Plaintiffs state their request is based on Plaintiffs' counsel's need to "further consult with specialized counsel in amending the complaint" and her need to consult with her clients. (Bronson Decl. 2:8-15.) Plaintiffs also argue no

1

prejudice to Defendants results from granting an extension of time. Plaintiffs seek an extension to December 14, 2009, to file the amendment.  However, Defendants have pending motions set for hearing on December 7, 2009, one week before Plaintiffs' requested extension date, which do not involve the dismissed claims Plaintiffs seek to add by the amendment.  Plaintiffs argue the amended complaint they contemplate filing will moot the motions, but this argument disregards that the motions could be decided before Plaintiffs' amended complaint is filed.  Plaintiffs also represent that the Attorney Defendants' disagree with Plaintiffs' argument that the motions would be moot. Plaintiffs also represent their request is opposed.

   Plaintiffs will be given more time to make the decision whether to file the amendment, since Plaintiffs represent that the order granting leave failed to provide them enough time to make that decision.  However, the pending motions should be continued since Plaintiffs will be given more time to contemplate whether to amend the dismissed claims.  Therefore, all motions set for hearing on December 7, 2009 are continued to January 11, 2010.

   Further, Plaintiffs have leave to file the referenced amendment until and including December 14, 2009.

Dated: November 25, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge