IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY BARKER and KATHY KENOLE,<br><br>        Plaintiffs,<br><br>     v.<br><br>PHILIP B. AVILA; CHERYL B. KOFF; BORTON & PETRINI, LLP; CHRISTIAN P. HURST; CHELSEA VANPETTEN; DAWN HARLEMAN; SHLLY PREHM; G.O.N.E., a sole proprietorship, and G.O.N.E., INC.,<br><br>        Defendants. | 2:09-cv-00001-GEB-JFM<br><br>ORDER |

      Plaintiffs' motion to extend the scheduling deadlines (Docket No. 134) and motion for class certification (Docket No. 135), each noticed for hearing on February 8, 2010, are stricken and the hearing is vacated.  The motions are stricken because Plaintiffs failed to comply with the notice requirements in the Local Rules.

Dated:  January 26, 2010

                                            GARLAND E. BURRELL, JR.
                                            United States District Judge