IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY BARKER and KATHY KENOLE,       )
                                     )
              Plaintiffs,            )   2:09-cv-00001-GEB-JFM
                                     )
         v.                          )   ORDER*
                                     )
PHILIP B. AVILA; CHERYL C. KOFF;     )
BORTON & PETRINI, LLP; CHRISTIAN     )
P. HURST; CHELSEA VANPETTEN; DAWN    )
HARLEMAN; SHLLY PREHM; G.O.N.E.,     )
a sole proprietorship; G.O.N.E.,     )
INC.; and COMPLEX,                   )
                                     )
              Defendants.            )
_____)

Plaintiffs' motion for class certification filed on January 27, 2010 (Docket No. 139) is stricken.  The motion is stricken since the last date for hearing a motion for class certification was July 14, 2009, and Plaintiffs have not obtained leave to schedule hearing on a class certification motion after July 14, 2009.  See Scheduling Order at Docket No. 10.

Dated:  January 27, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

* This matter is deemed suitable for decision without oral argument.  E.D. Cal. R. 230(g).

1