IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY BARKER, et al.,

      Plaintiffs,                     No. CIV 2:09-cv-0001-GEB-JFM

      vs.

PHILIP B. AVILA, et al.,

      Defendants.                <u>ORDER</u>

_____/

      Defendants Philip Avila and Borton & Petrini's motion to compel came on regularly for hearing on July 15, 2010. Martha Bronson appeared for plaintiffs. Betsy Kimball appeared for defendants. Upon review of the motion and the documents in support and opposition, upon hearing the arguments of counsel and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

      1. Pursuant to Cal. Civ. P. § 425.16(g), <u>Batzel v. Smith</u>, 333 F.3d 1018, 1024 (9th Cir. 2003) and the Honorable Garland E. Burrell's November 19, 2009 order, all discovery is stayed in this action pending resolution of defendants' anti-SLAPP motion. Contrary to defendants' understanding, discovery is stayed as to all matters except on noticed motion and for good cause shown. Here, defendants filed a motion to compel the depositions of the plaintiffs. Defendants assert that these depositions are necessary in light of the August 25, 2010 discovery

1

1 deadline.  This, however, is not good cause as to why the depositions should proceed before
2 resolution of the anti-SLAPP motion.  Accordingly, defendants' June 21, 2010 motion to compel
3 is denied.

4     2.  It appears to the court that the positions of both parties were substantially
5 justified and no award of expenses will be made.

6 DATED: July 20, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014;bark0001.mtc